UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| EMILY SEIBERT, | Civil Action |
| Plaintiff, | |
| vs. | Case No.: 1:24−CV−04926−RMB−AMD |
| DAVIS AND ASSOCIATES LLC, a Limited Liability Company, | |
| Defendant. | |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

**/s/Alan R. Ackerman**
Alan R. Ackerman, Esq.
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 104
Parsippany, NJ  07054
Telephone: (973) 898-1177
Email:  araesq@alanackermanlaw.com
*Attorneys for Plaintiff*

Dated: **April 2, 2025**

**/s/Christopher J. Gilligan, Esq.**
Christopher J. Gilligan, Esq.
Margolis Edelstein
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia, PA 19106
Telephone:  215-931-5810
Email:  cgilligan@margolisedelstein.com
*Attorneys for Defendant*

Dated:  **April 2, 2025**